IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00307-RJC-DCK

| USA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| ALAFIA FOWLKES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 325), the Indictment as to Alafia Fowlkes, (Doc. No. 61), without prejudice, following her guilty plea to an Information filed in Case No. 3:17-cr-91.

**IT IS ORDERED** that the Government's motion, (Doc. No. 325), is **GRANTED** and the Indictment as to Alafia Fowlkes, (Doc. No. 61), is **DISMISSED** without prejudice.

Signed: March 26, 2019

Robert J. Conrad, Jr.
United States District Judge